UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ADRIANA TANGASSI MARTINEZ,<br><br>　　　　　Defendant. | Case No. 24-CR-172-AJB<br><br>**JUDGMENT AND ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE** |

　　Upon the motion of the United States, and good cause having been shown,

　　IT IS HEREBY ORDERED that the Indictment against Defendant Adriana Tangassi Martinez in the above-captioned case is dismissed without prejudice.

Dated: March 29, 2024

　　　　　　　　　　　　　　　　　　　　　_(signature)_
　　　　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　　　　United States District Judge